IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ADRIAN DESJUAN BISHOP, )
)
        Plaintiff, )
)
vs. ) No. CIV-15-397-C
)
CHAD MILLER, et al., )
)
        Defendants. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on October 9, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the complaint is dismissed. A judgment shall enter accordingly.

IT IS SO ORDERED this 12th day of November, 2015.

ROBIN J. CAUTHRON
United States District Judge